JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK   (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
(510) 848-4752; FAX: (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BOYER,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY OF RICHMOND, et al.,<br><br>         Defendants. | Case No.:  C06-02422 JSW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING DEADLINE TO**<br>**COMPLETE MEDIATION** |

Whereas, the parties have reached a tentative settlement of the entire action;

Whereas, the settlement is subject to approval by the City of Richmond City Counsel; and,

Whereas it is not anticipated that the settlement will be approved by December 11, 2006, which is the deadline by which the parties have been previously ordered by the Court to complete mediation,

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE, AGREE AND RESPECTFULLY REQUEST THAT:

Stip and Order Extending Deadline to Complete Mediation
Boyer v. City of Richmond, Case No. C06-02422 JSW

1

| | |
|---|---|
| 1 | The deadline for completing the mediation in the above-entitled action should be |
| 2 | extended until March 9, 2007. |

IT IS SO SITPULATED:

Dated: November 21, 2006          _____/S/_____
                                  JULIE M.HOUK
                                  Attorney for Plaintiff

Dated: November 21, 2006          _____/S/_____
                                  JAMES V. FITZGERALD, III
                                  NOAH G. BLECHMAN
                                  Attorneys for Defendants

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: __November 22__, 2006      _____
                                  JEFFREY S. WHITE
                                  Judge of the United States
                                  District Court

Stip and Order Extending Deadline to Complete Mediation
Boyer v. City of Richmond, Case No. C06-02422 JSW

2