JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
(510) 848-4752; FAX: (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BOYER, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF RICHMOND, et al., <br><br> Defendants. | Case No.: C06-02422 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Stip/Order Dismissing Entire Action
Case No. C06-02422 JSW

1

1  Whereas, the parties have reached a full and final settlement of the entire action,

2  THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF

3  RECORD, DO HEREBY STIPULATE AND AGREE THAT this action shall be dismissed with

4  prejudice in its entirety.

6  Dated: December 21, 2006 _____/S/_____
   JAMES B. CHANIN
   Attorney for Plaintiff

8  Dated: December 21, 2006 _____/S/_____
   JAMES V. FITZGERALD III
   Attorney for Defendants

10 PURSUANT TO STIPULATION,
   IT IS SO ORDERED:

11 Dated: December 21, 2006       _____/s/ Jeffrey S. White_____
   JEFFREY S. WHITE
12 Judge of the United States
   District Court

Stip/Order Dismissing Entire Action
Case No. C06-02422 JSW

2